USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/21

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,　　　　　　　　　1:21-cr-0651 (MKV)

　　　　　　　-against-　　　　　　　　　　　　　**ORDER**

JAMAL FOSTER

　　　　　　　Defendant.

---

MARY KAY VYSKOCIL, United States District Judge

　　IT IS HEREBY ORDERED that defendant is to appear for a bail review hearing on November 22, 2021 at 3pm.

　　The proceeding will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, in courtroom 18C.

**SO ORDERED.**

**Date: November 16, 2021**

_____
MARY KAY VYSKOCIL
United States District Judge