UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    -against-<br><br>JAMAL FOSTER,<br><br>                    Defendant. | 1:21-cr-651-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

    IT IS THE ORDER OF THE COURT THAT the defendant's conditions of release are modified to include that the defendant be allowed to travel to the District of New Jersey.

**SO ORDERED.**

**Dated: December 9, 2021**
**       New York, New York**

                                                      */s/ Mary Kay Vyskocil*
                                                    **Mary Kay Vyskocil**
                                                    **United States District Judge**