USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:_____
DATE FILED: 10/29/24

# Milbank

**NOLA B. HELLER**
*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
212.530.5108
nheller@milbank.com  |  milbank.com

October 28, 2024

Re:   United States v. Jamal Foster, 1:21-cr-00651-MKV

Dear Judge Vyskocil:

We are CJA counsel for Jamal Foster in the above-referenced case. We write to respectfully request the Court's permission for Mr. Foster to visit family in Boscobel, Jamaica from Saturday, November 16, 2024 to Thursday, November 28, 2024.

On October 11, 2023 the Court sentenced Mr. Foster to a term of time served and a term of supervised release of three years, the first eight months of which were subject to the special condition of home detention. Since that time, Mr. Foster has remained steadily employed, spent time with his children, and as of July of this year, is part of the Teamsters Local 202 Union. For the first time in his life, Mr. Foster gets paid vacation days through the Union, which expire at the end of the year, and he is eager to visit family in Jamaica who he has not seen since before the COVID pandemic.

Mr. Foster's Probation Officer, Erica Cudina, does not oppose this request. The Government likewise does not oppose this request. Mr. Foster will provide Probation with a detailed itinerary of his travel prior to his departure.

Respectfully submitted,

Nola B. Heller
Scott B. Singer

The Honorable Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

By ECF

cc:   AUSA Tara La Morte
      Probation Officer Erica Cudina

**GRANTED. Mr. Foster must: (1) provide his itinerary in advance to Probation, (2) check-in at minimum daily with his Probation Officer, and (3) upon his return, confirm with Probation in person that he has returned. SO ORDERED.**

Date: 10/29/2024
New York, New York

Mary Kay Vyskocil
United States District Judge